PROFESSIONAL LIABILITY CONSULTANTS, INC. v. HOMER U. TODD AND
INSURANCE MANAGEMENT CONSULTANTS, INC.

No. 236A96

(Filed 6 December 1996)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 122 N.C. App. 212, 468 S.E.2d 578 (1996), affirming an order entered by Greeson, J., on 13 April 1995 in Superior Court, Guilford County. Heard in the Supreme Court 14 November 1996.

*Roberson Haworth & Reese, P.L.L.C., by Robert A. Brinson and Alan B. Powell, for plaintiff-appellee.*

*Bennett & Blancato, L.L.P., by Richard V. Bennett and Sherry R. Dawson, for defendant-appellants.*

PER CURIAM.

For the reasons stated by Smith, J., in the dissenting opinion in the Court of Appeals, the decision of the Court of Appeals is reversed. The cause is remanded to the Court of Appeals for further remand to the Superior Court, Guilford County, for entry of an order dissolving the preliminary injunction.

REVERSED AND REMANDED.